IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERITAS TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>CUSHMAN & WAKEFIELD, INC.,<br><br>Defendant. | Case No. 21-cv-01467-CRB<br><br>**ORDER DIRECTING FILING** |

The parties are directed to file, under seal, an unredacted version of Exhibit D's Attachment E (Financial Spreadsheets) to the Veritas Global Master Services Agreement (dkt. 1-1, ECF pages 226-241) by close of business on Friday, December 3, 2021.

**IT IS SO ORDERED.**

Dated: December 2, 2021

CHARLES R. BREYER
United States District Judge